George M. Kraw (California Bar No. 71551)
gkraw@kraw.com
Katherine McDonough (California Bar No. 241426)
kmcdonough@kraw.com
Jessica M. Alvarez (California Bar No. 311575)
jalvarez@kraw.com
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899

Attorneys for:
Producer-Writers Guild of America Pension Plan; Board of Directors of the Producer-Writers Guild of America Pension Plan; Writers' Guild-Industry Health Fund; and Board of Trustees of the Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
(WESTERN DIVISION)

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN; BOARD OF DIRECTORS OF THE PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN,<br>And,<br><br>WRITERS' GUILD-INDUSTRY HEALTH FUND; BOARD OF TRUSTEES OF THE WRITERS' GUILD-INDUSTRY HEALTH FUND,<br>Plaintiffs,<br>v.<br><br>VINTAGE PARK, Inc., a Connecticut Corporation,<br><br>AND<br><br>David Wulf, an individual, | Case No.: 2:25-cv-02325-HDV-ADS<br><br>**NOTICE OF SETTLEMENT** |

Defendants.

Plaintiffs, by and through their undersigned counsel, hereby notify this Honorable Court that the parties have reached a settlement in principle of all matters related to the above-captioned action, and respectfully request that all pending deadlines be vacated at this time. The Plaintiffs expect to file a notice of dismissal with the Court within thirty (30) days from the date of filing of this document, as the parties attend to finalizing the settlement documentation and certain conditions of settlement.

Dated: May 13, 2025

KRAW LAW GROUP, APC

By: /s/ Katherine McDonough
KATHERINE MCDONOUGH
*Counsel for Plaintiffs*